# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 25-40362
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 8, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Christian Christopher Rodriguez-Lopez,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:24-CR-622-1

———————————————————

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Christian Christopher Rodriguez-Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rodriguez-Lopez has not filed a response. We have reviewed counsel's brief and the relevant

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40362

portions of the record reflected therein.  It is dispositive that the Government has declined to waive the untimeliness of the appeal.  *See United States v. Pesina-Rodriguez*, 825 F.3d 787, 788 (5th Cir. 2016).  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.